**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

|  |  |
|---|---|
| JOE BISCAHA, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>US MORTGAGE LENDERS LLC,<br><br>        Defendant. | Case No. 1:25-cv-20310-RKA |

**DEFENDANT US MORTGAGE LENDERS LLC'S CERTIFICATE OF**
**INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Rule 16.1, Local Rules for the United States District Court of the Southern District of Florida, and this Court's February 11, 2025 Order [ECF No. 8], Defendant, US Mortgage Lenders LLC, hereby discloses its following:

1.      The name of each person, attorney, association of persons, firm, law firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and any other identifiable legal entity that has, or might have, an interest in the outcome of this action, including through any ownership however small of a party's shares or stock, as well as all other identifiable legal entities related to any party in the case:

- US Mortgage Lenders LLC, Defendant
- Drew K. Patterson, Esq., Counsel for US Mortgage Lenders LLC
- Robert Eckard & Associates, P.A., Counsel for US Mortgage Lenders LLC
- Joe Biscaha, Plaintiff
- Shamis & Gentile, P.A., Counsel for Plaintiff
- Edelsberg Law, P.A., Counsel for Plaintiff
- Andrew J. Shamis, Esq., Counsel for Plaintiff
- Garrett O. Berg, Esq., Counsel for Plaintiff
- Christopher E. Berman, Esq., Counsel for Plaintiff
- Scott Edelsberg, Esq., Counsel for Plaintiff

1

2.      The name of every other entity with publicly-traded stock, equity, or debt that may be affected by the outcome of the proceedings:

- N/A

3.      The name of every other entity which is likely to be an active participate in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- N/A

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who is arguably eligible for restitution:

- Plaintiff, Joe Biscaha, seeks damages in this lawsuit, although entitlement to any such damages is denied.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest affecting the district judge or the magistrate judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated: February 24, 2025.                    Respectfully submitted,

/s/ Drew K. Patterson
Drew K. Patterson
Florida Bar No. 1030836
drew@roberteckardlaw.com
ashley@roberteckardlaw.com
service@roberteckardlaw.com
ROBERT ECKARD & ASSOCIATES, P.A.
3110 Palm Harbor Blvd.
Palm Harbor, FL 34683
Telephone: (727) 772-1941
Counsel for Defendant, US Mortgage Lenders LLC

1:25-cv-20310-RKA; 8448-2501

## CERTIFICATE OF SERVICE

I certify that on February 24, 2025, I served a copy of the foregoing electronically via CM/ECF to all parties/attorneys on the list to receive notice in this case, including but not limited to the following:

Andrew J. Shamis, Esq.
Garrett O. Berg, Esq.
Christopher E. Berman, Esq.
SHAMIS & GENTILE, P.A.
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
gberg@shamisgentile.com
cberman@shamisgentile.com
*Counsel for Plaintiff and the Class*

Scott Edelsberg, Esq.
EDELSBERG LAW, P.A.
20900 NE 30th Avenue Suite 417
Aventura, FL 33180
Telephone: (786) 289-9471
scott@edelsberglaw.com
*Counsel for Plaintiff*

*/s/ Drew K. Patterson*
Drew K. Patterson

1:25-cv-20310-RKA; 8448-2501